# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 84

In the Interest of F.M.G.

---------

Eduardo P. Yabut, MD,                                          Petitioner and Appellee

v.

F.M.G.,                                                       Respondent and Appellant

## No. 20200094

Appeal from the District Court of Stutsman County, Southeast Judicial District, the Honorable Mark T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Leo A. Ryan, Special Assistant Attorney General, Jamestown, ND, for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, ND, for respondent and appellant; submitted on brief.

**Interest of F.M.G.**
**No. 20200094**

**Per Curiam.**

[¶1]   F.M.G. appeals from the district court's continuing treatment order. F.M.G. argues there is not clear and convincing evidence she is mentally ill and a person requiring treatment.  We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
         Gerald W. VandeWalle
         Daniel J. Crothers
         Jerod E. Tufte
         Lisa Fair McEvers

1